JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM LINDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART INC., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:25-cv-03223-FLA (ADSx)<br><br>**ORDER REMANDING ACTION TO STATE COURT [DKT. 12]** |

1   On May 9, 2025, Plaintiff Tim Lender and Defendants Walmart Inc. and Wal-Mart Real Estate Business Trust (collectively, the "Parties") in the above-referenced action filed a Stipulation to Remand Case to State Court ("Stipulation"). Dkt. 12. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. The Parties' Stipulation is APPROVED.
2. The action is REMANDED to the Superior Court for the State of California, County of Los Angeles, Case No. 25NNCV01429.
3. All dates and deadlines governing this action are VACATED.

IT IS SO ORDERED.

Dated: May 16, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge